```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES--GENERAL
```

Case No. CV 15-8197-DDP(AJW)                    Date: February 23, 2016

TITLE: JONATHAN VINCENT GONZALEZ v. M.D. BITER
=====================================================
PRESENT:   HON.  ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

```
          Ysela Benavides                 _____
           Deputy Clerk                       Court Reporter
```

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                      None


**ORDER TO SHOW CAUSE**

On December 22, 2015, this action was stayed to allow petitioner to exhaust his state remedies with respect to four of his claims for relief. Petitioner was directed to file and serve status reports informing the Court of his progress every twenty-eight (28) days. As of the date of this order, petitioner has not filed a single status report.

Petitioner shall have twenty-one (21) days from the date of this order to show cause why the stay should not be vacated and his mixed petition dismissed without prejudice.

Petitioner is cautioned that failure to timely comply with this order may result in dismissal of the petition.


**IT IS SO ORDERED.**

cc:   Parties




MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN