JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GONZALEZ,<br><br>                    Petitioner,<br><br>        v.<br><br>M.D. BITER, Warden,<br><br>                    Respondent. | Case No. LACV 15-8197-DDP (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 1-24-19

                                          HONORABLE DEAN D. PREGERSON
                                          UNITED STATES DISTRICT JUDGE